## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BENJAMIN JACKSON,

       Plaintiff,

v.                                                    Case No.   3:20-cv-1228-MMH-JBT

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

       Defendant.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Stipulation for Voluntary Dismissal With Prejudice (Dkt. No. 19; Stipulation) filed on February 24, 2021. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1.   Accordingly, it is hereby

    **ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own fees and costs.

3.      The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of

February, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record